**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-60802-CV-SMITH**

MAKSIM BANDYSIK,

Plaintiff,

v.

KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,

Defendants.
_______________________________________/

**ORDER OF DISMISSAL**

This cause is before the Court *sua sponte*. This case was filed on April 24, 2025. Federal Rule of Civil Procedure 4(m) requires service of the complaint "within 90 days after the complaint is filed." On July 31, 2025, the Court issued an Order to Show Cause [DE 4], requiring Plaintiff to perfect service on Defendants or show cause why this action should not be dismissed for failure to perfect service of process by August 15, 2025. A review of the record indicates that Plaintiff has not filed a return of service or responded to the Order to Show Cause. The Order to Show Cause warned that a failure to comply with the order would result in dismissal of this action without further notice. Accordingly, it is

**ORDERED** that:

1. This case is **DISMISSED** for failure to timely serve Defendants.

2. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 19th day of August, 2025.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record